# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RONALD WILLIAMS AND BRANDON EWING<br>V.<br>MORRISON, VILLAGE OF CALUMET CITY AND VILLAGE OF SOUTH HOLLAND, MUNICIPAL CORPORATIONS et. al. | FILED: APRIL 28, 2008<br>08CV2421     TG<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS RONALD WILLIAMS AND BRANDON EWING

| | |
|---|---|
| NAME (Type or print) | |
| STANDISH E. WILLIS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ STANDISH E. WILLIS | |
| FIRM | |
| THE LAW OFFICE OF STANDISH E. WILLIS, LTD. | |
| STREET ADDRESS | |
| 407 S. DEARBORN, STE 1395 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 53066 | 312.554.0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |