**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>RONALD WILLIAMS AND BRANDON EWING<br>V.<br>MORRISON, VILLAGE OF CALUMET CITY AND VILLAGE OF SOUTH HOLLAND, MUNICIPAL CORPORATIONS et. al. | Case Number:<br>FILED: APRIL 28, 2008<br>08CV2421            TG<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS RONALD WILLIAMS AND BRANDON EWING

| |
|---|
| NAME (Type or print)<br>TENIECE HARRIS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ TENIECE HARRIS |
| FIRM<br>THE LAW OFFICE OF STANDISH E. WILLIS, LTD. |
| STREET ADDRESS<br>407 S. DEARBORN, STE 1395 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275057 | 312.554.0005 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐