# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| RONALD WILLIAMS AND BRANDON EWING V. MORRISON, VILLAGE OF CALUMET CITY AND VILLAGE OF SOUTH HOLLAND, MUNICIPAL CORPORATIONS et. al. | FILED: APRIL 28, 2008<br>08CV2421         TG<br>JUDGE LEFKOW<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS RONALD WILLIAMS AND BRANDON EWING

| | |
|---|---|
| **NAME (Type or print)**<br>ANGELA LOCKETT | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ ANGELA LOCKETT | |
| **FIRM**<br>THE LAW OFFICE OF STANDISH E. WILLIS, LTD. | |
| **STREET ADDRESS**<br>407 S. DEARBORN, STE 1395 | |
| **CITY/STATE/ZIP**<br>CHICAGO, IL 60605 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6284534 | **TELEPHONE NUMBER**<br>312.554.0005 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |