IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD J. WILLIAMS AND BRAND C. EWING, | ) ) ) | No: 08-C- 2421 |
| Plaintiffs, | ) ) | |
| v. | ) ) | Judge Lefkow |
| OFFICER MORRISON, #129 PETER POE, JOHN DOE, JOHN MOE, ROBERT ROE MARY COE, TIMOTHY SOE JAMES FOE, SUSAN ZOE; AND THE VILLAGE OF CALUMET CITY, VILLAGE OF SOUTH HOLLAND, MUNICIPAL CORPORATIONS | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Brown  JURY DEMAND |
| Defendants. | ) | |

**PLAINTIFFS' EMERGENCY MOTION TO ORDER THE DEFENDANTS TO PRODUCE DISCOVERY BEFORE THE STATUTE OF LIMITATION EXPIRES**

The Plaintiffs Ronald Willams and Brandon[1] Ewing by and through their attorney Teniece Harris, The Law Office of Standish E. Willis, moves this court to order Defendants to produce discovery before the statute of limitations expires. In support of his motion they states as follows:

1. On April 28, 2008, Plaintiffs filed a five count complaint alleging Section 1983 federal civil rights violations, including excessive force, false arrest, failure to intervene, and conspiracy.

2. The incident in this case occurred on May 20, 2006. As such, the statute of

---

[1] There is an error in the Complaint caption. The Plaintiff Brand C. Ewing's name is spelled incorrectly; it should be spelled "Brandon C. Ewing." Plaintiffs will amend the Complaint to reflect the correct spelling.

limitation in this case expires on May 20, 2008.  There were several unknown Defendant officers involved in the arrest and detention of Plaintiffs.  These officers were employed by both Calumet City and South Holland police department.

    3.  Plaintiffs request that Defendants identify any and all names of police officers involved with the arrest and/or detentions of the Plaintiffs, before the statute of limitations expires.  Plaintiffs request that Defendants produce any and all police reports related to the incident.

    4.  On May 2, 2008, Plaintiffs' counsel notified Defendants' counsel, by telephone, of this motion; both attorneys indicated that they would have a representative present at the noticed time of this motion.  Also, Defendants counsel for the Village of Calumet City indicated that he would begin gathering police reports related to this incident.

**WHEREFORE**, Plaintiffs Ronald Williams and Brandon Ewing moves this court to order Defendants to produce discovery before the statute of limitations expires.

Respectfully Submitted,

s/Teniece Harris
One of Plaintiff's Attorneys

THE LAW OFFICES OF STANDISH E. WILLIS, LTD.
407 S. Dearborn Street - Suite 1395
Chicago, IL 60605
(312) 554-0005