**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **RONALD J. WILLIAMS AND** | | |
| **BRAND C. EWING,** | ) | |
| | ) | **No: 08-C-2421** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Judge Lefkow** |
| | ) | |
| **OFFICER MORRISON, #129** | ) | **Magistrate Judge: Brown** |
| **PETER POE, JOHN DOE,** | ) | |
| **JOHN MOE, ROBERT ROE** | ) | |
| **MARY COE, TIMOTHY SOE** | ) | |
| **JAMES FOE, SUSAN ZOE;** | ) | |
| **AND THE VILLAGE OF CALUMET CITY,** | ) | |
| **VILLAGE OF SOUTH HOLLAND,** | ) | |
| **MUNICIPAL CORPORATIONS** | ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

TO:   Timothy C. Lapp                           Michael J. McGrath
        Hiskes Dillner O'Donnell Marovich & Lapp, Ltd.   Odelson & Sterk
        16231 Wausau Ave.                         3318 W. 95th St.
        South Holland, IL 60473                   Evergreen, IL 60805

      PLEASE TAKE NOTICE that on the 6th day of May, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Lefkow in the courtroom usually occupied by him in the United States District Court, 219 South Dearborn, Chicago, Illinois, and then and there present the attached **PLAINTIFFS' EMERGENCY MOTION TO ORDER THE DEFENDANTS TO PRODUCE DISCOVERY BEFORE THE STATUTE OF LIMITATION EXPIRES.**

                         Respectfully Submitted

                         s/Teniece Harris
                         Attorney At Law

THE LAW OFFICES OF STANDISH E. WILLIS, LTD.
407 South Dearborn - Suite 1395
Chicago, IL 60605
(312) 554-0005

## CERTIFICATE OF SERVICE

I, Teniece Harris an attorney, do hereby certify that I caused to be served a copy of this notice along with the attached document(s) on the above listed person(s) this 2nd day of May, 2008 by electronically filing and submitting a copy to the above named person.

s/Teniece Harris