IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **RONALD J. WILLIAMS AND BRAND C. EWING,** | ) | |
| | ) | **No:   08 CV 2421** |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **JUDGE: LEFKOW** |
| | ) | |
| **OFFICERS MORRISON, #129 MASON, #200, WHEATON, #166 PICCICO, #69, AND K. BURROW, #129; AND THE VILLAGE OF CALUMET CITY, VILLAGE OF SOUTH HOLLAND, MUNICIPAL CORPORATIONS** | ) ) ) ) ) ) | **JURY DEMAND** |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF FILING

TO:   Mr. Michael J. McGrath          Mr. Gary S. Perlman
      Odelson & Sterk, LTD            Louis F. Cainkar, LTD
      3318 West 95th Street           30 North LaSalle Street Suite 3922
      Evergreen Park, IL 60805        Chicago, Illinois 60602
      (708) 424-5678                  (312) 236-3985 ext 14
      (708) 425-1898 fax              (312) 236-3989 fax

**PLEASE TAKE NOTICE** that on the 16th day of May, 2008, I filed with the Clerk of the United States District Court, 219 South Dearborn, Chicago, Illinois, the attachment document.

s/Teniece Harris
LAW OFFICES OF STANDISH E. WILLIS, LTD.
407 South Dearborn - Suite 1395
Chicago, IL 60605
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Teniece Harris, an attorney, do hereby certify that I caused to be served a copy of the **FIRST AMENDED COMPLAINT** on this 16th day of May, 2008, by "e-filing" said documents with the circuit court.

s/Teniece Harris