U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                         Case Number: 08 C 2421
Ronald J. Williams and Brand C. Ewing,

                v.

Officers Morrison, #129, Mason #200, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer K. Burrow and the Village of South Holland

| NAME (Type or print) |  |
|---|---|
| Michael G. Cainkar |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Michael G. Cainkar |  |
| FIRM |  |
| LOUIS F. CAINKAR, LTD. |  |
| STREET ADDRESS |  |
| 30 North LaSalle Street, Suite 3922 |  |
| CITY/STATE/ZIP |  |
| Chicago, IL 60602-3333 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06182679 | 312/236-3985 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |