**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RONALD J. WILLIAMS and<br>BRAND C. EWING,<br>    Plaintiffs,<br>v.<br><br>OFFICER MORRISON, #129,<br>MASON, #200, WHEATON, #166,<br>PICCICO, #69, K. BURROW, #129, and<br>THE VILLAGE OF CALUMET CITY and<br>THE VILLAGE OF SOUTH HOLLAND,<br>Municipal Corporations,<br>    Defendants. | )<br>)<br>)<br>) NO: 08 CV 2421<br>)<br>) JUDGE LEFKOW<br>) MAGISTRATE JUDGE BROWN<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

TO:   Standish E. Willis, 407 S. Dearborn, Suite 1395, Chicago, IL 60605
      Michael Cainkar, 30 N. LaSalle, Suite 3922, Chicago, IL 60602

**PLEASE TAKE NOTICE** that on the 1st day of July, 2008, I caused to be filed with the Clerk of the U.S. District Court, Defendants City of Calumet City, Officer Morrison, Officer Mason, Officer Wheaton and Officer Piccico's Answer to Plaintiffs' First Amended Complaint, a copy of which is attached hereto.

                                            s:/ Amy E. Zale
                                            Odelson & Sterk, Ltd.

Amy E. Zale
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678

### CERTIFICATE OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above-referenced participants on this 1st day of July, 2008.

                                            s:/ Amy E. Zale

Michael J. McGrath
Amy E. Zale
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678