**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Ronald J. Williams, et al.
          Plaintiff,

v.                  Case No.: 1:08−cv−02421
                  Honorable Joan H. Lefkow

Officer Morrison, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

  MINUTE entry before the Honorable Joan H. Lefkow:Status hearing held on 9/4/2008 and continued to 10/2/2008 at 09:30 AM. Failure of plaintiff to appear at the status hearing on 10/2/2008 may result in dismissal of the case.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.